UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PABLO ESTERSON, as attorney-in-fact for LILA GRACIELA KOHN GALE,

Plaintiff,

v.

HOLLAND AMERICA LINE-USA INC, et al.,

Defendants.

C19-162 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's Motion for Leave to Amend Complaint to Substitute John L. Gale as Attorney-in-Fact for Lila Graciela Kohn Gale, docket no. 16, is RENOTED to Friday, June 14, 2019. Defendants' response, if any, is due on or before Monday, June 10, 2019. Plaintiff's reply, if any, is due on or before Friday, June 14, 2019.

(2)    Plaintiff is ORDERED to file a copy of the executed power of attorney giving John L. Gale the authority to serve on Plaintiff's behalf on or before Friday, May 31, 2019.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1