The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PABLO ESTERSON, as attorney-in-fact for LILA GRACIELA KOHN GALE,<br>Plaintiff,<br>vs.<br>HOLLAND AMERICA LINE-USA INC.; HOLLAND AMERICA LINE INC.; HOLLAND AMERICA LINE N.V. LLC; and HAL ANTILLEN N.V.,<br>Defendants. | CASE NO: 2:19-cv-00162-TSZ<br><br>**STIPULATION TO CONTINUE EXPERT REBUTTAL DISCLOSURE DEADLINE AND ORDER**<br><br>[Fed. Rules Civ. Proc. 26(a)(2)(D)(Ii)] |

Plaintiff PABLO ESTERSON, as attorney-in-fact for LILA GRACIELA KOHN GALE, and Defendants HOLLAND AMERICA LINE-USA INC.; HOLLAND AMERICA LINE INC.; HOLLAND AMERICA LINE N.V. LLC; and HAL ANTILLEN N.V., by and through their respective counsel, hereby stipulate as follows:

//

//

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

1. The parties exchanged expert disclosures as ordered by the court on September 16, 2019.

2. Rebuttal disclosures are due under FRCP 26(a)(2)(D)(ii) on October 16, 2019.

3. Due to the complexity of the disclosed reports and additional documents required to be considered (which the parties are cooperating to exchange) additional time is required for rebuttal disclosures.

4. The parties therefore respectfully request and agree that that the time for rebuttal expert disclosures in response to the September 16, 2019 expert disclosures under FRCP 26(a)(2)(D)(ii) be extended 2 weeks until October 30, 2019.

5. The requested continuance will not impact completion of expert depositions by the discovery cutoff of December 16, 2019.

**IT IS SO STIPULATED.**

Date: September 26, 2019

By: *_/s/ Thomas Graham_*

Thomas Scolaro (FBN 178276)
scolaro@leesfield.com
Thomas D. Graham (FBN 89043)
graham@leesfield.com
LEESFIELD SCOLARO, P.A.
2350 South Dixie Highway
Miami, Florida 33133
Telephone: 305-854-4900
Facsimile: 305-854-8266
***ATTORNEYS FOR PLAINTIFF***

/ / /

/ / /

Stipulation to Continue Expert Disclosure
Deadline And Order
(Case No: 2:19-cv-00162-TSZ) Page - 2

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311

Date: September 26, 2019

By: */s/ Edwin S. Budge*

Edwin S. Budge
705 2nd Avenue, Suite 910
Seattle, WA 98104
Telephone: 206-624-3060
Email: ed@budgeandheipt.com
**Co-Counsel for Plaintiff**

Date: September 26, 2019

By: *s/Nicholas S. Politis*

Nicholas S. Politis, WSBA #50375
Flynn, Delich & Wise LLP
1420 5th Avenue, Suite 3358
Seattle, WA 98101
Telephone: (206) 258-6311
Email: nicholasp@fdw-law.com
**Attorneys for Defendants**

**APPROVED AND SO ORDERED:**

Dated**:** October 3, 2019

Thomas S. Zilly
United States District Judge

Stipulation to Continue Expert Disclosure Deadline And Order
(Case No: 2:19-cv-00162-TSZ) Page - 3

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3358
Seattle, WA 98101
(206) 258-6311