Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PABLO ESTERSON, as attorney-in-fact for LILA GRACIELA KOHN GALE, <br><br> Plaintiff, <br><br> vs. <br><br> HOLLAND AMERICA LINE-USA INC.; HOLLAND AMERICA LINE INC.; HOLLAND AMERICA LINE N.V. LLC; and HAL ANTILLEN N.V., <br><br> Defendants. | NO. 2:19-cv-00162-TSZ <br><br> **ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO TAKE THE DEPOSITION OF GRAND BAHAMA INTERNATIONAL AIRPORT PERSONNEL, KEVIN ODELUC** |

This matter comes before the Court upon the Plaintiff's Unopposed Motion for Extension to Take the Deposition of Grand Bahama International Airport Personnel, Kevin Odeluc, docket no. 27. Having reviewed all papers in support of the Motion and noting Defendants' non-opposition, the Court GRANTS Plaintiff's Motion.

IT IS SO ORDERED.

Dated this 2nd day of December, 2019.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Copies furnished to: All Counsel of Record